UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61657-CIV-ROSENBAUM/HUNT

VERNON GRIFFIN,

        Plaintiff,

v.

RAMCO/CORAL CREEK, LLC,
JAREARN, LLC, and JOHN COBEY,

        Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*; ORDER REQUIRING LOCAL COUNSEL TO APPEAR

This matter is before the Court on the Motion of Bernice McReynolds, Esq., seeking to appear *pro hac vice* as co-counsel for Defendant Ramco/Coral Creek, LLC [D.E. 4]. The Court notes that Ms. McReynolds has paid a $75.00 fee, which covers *pro hac vice* admission in this case only. Ms. McReynolds has also certified that she has studied the Local Rules of this Court.

Having considered the Motion and the accompanying Certification of Ms. McReynolds, the Court hereby **GRANTS** the Motion to Appear *Pro Hac Vice* [D.E. 4]. The Clerk shall provide Notices of Electronic Filing in this case to Ms. McReynolds at bmcreynolds@vmclaw.com.

The Court reserves the power to withdraw permission to appear *pro hac vice* at any time before or during trial. Failure to abide by any Court Order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be prepared to represent Defendant adequately at any time, including at trial.

The Court observes that Ms. McReynolds's local co-counsel, Arlene K. Kline, Esq., has not entered an appearance in this case. As designated local co-counsel, Ms. Kline's responsibilities include receiving service of opposing counsel's filings and electronically filing documents on behalf of Ms. McReynolds. R. 4(b)(3), Special Rules Governing the Admission and Practice of Attorneys, S.D. Fla. Accordingly, in order for Ms. Kline to fulfill her duties as local co-counsel, it is **ORDERED** that Ms. Kline shall immediately enter an appearance in this case through the Court's CM/ECF system.

**DONE** and **ORDERED** at Fort Lauderdale, Florida, this 20th day of August 2013.

 _____
 ROBIN S. ROSENBAUM
 UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

Arlene K. Kline, Esq.
Akerman Senterfitt
222 Lakeview Avenue
Fourth Floor
West Palm Beach, FL 33401