UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61657-CIV-ROSENBAUM/HUNT

VERNON GRIFFIN,

        Plaintiff,

v.

RAMCO/CORAL CREEK, LLC,
JAREARN, LLC, and JOHN COBEY,

        Defendants.
_____/

## ORDER STRIKING ANSWER AND REQUIRING CORPORATE DEFENDANT TO OBTAIN COUNSEL

This matter is before the Court upon the Answer to Complaint [D.E. 5] filed by Defendant Jarearn, LLC ("Jarearn"). Defendant Jarearn's Answer was filed on August 20, 2013, by the company's president, Nipaporn Choonhawanitwatana, proceeding *pro se*.

Federal law clearly establishes that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *Nat' l Indep. Theater Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied,* 471 U.S. 1056 (1985). Therefore, Jarearn's president cannot respond *pro se* on behalf the company.

Accordingly, it is **ORDERED and ADJUDGED** that Defendant Jarearn's Answer to Complaint [D.E. 5] is **STRICKEN**. It is further **ORDERED** that Jarearn shall obtain counsel, have counsel properly enter a notice of appearance in this case, and appropriately file an answer to the

Complaint within the time remaining to respond under the Federal Rules of Civil Procedure or by September 4, 2013, whichever is later. Failure to obtain counsel by the specified date may result in the Court entering a default judgment against Coast to Coast.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of August 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

Jarearn, LLC
c/o Nipaporn Choonhawanitwatana
6512 N. State Road 7
Coconut Creek, FL 33073